UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RODNEY WILLIAMSON,

        Plaintiff(s),　　　　　　　　　　　Case No. 13-11066

v.　　　　　　　　　　　　　　　　　　　　Judge  Linda V. Parker

RONDALL HASS, et al　　　　　　　　　　Magistrate Judge  R. Steven Whalen

        Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __86__, filed __11/18/2014__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Richard Loury__ at __(810) 341-7064__.

DAVID J. WEAVER, CLERK OF COURT

Dated: November 18, 2014　　　　　　　　　　s/ Richard Loury
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk